0UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **CHARLES F. NEELY,** ) | Case No. 06-02445 BWB | |
| ) | | |
| Debtor(s). ) | Hon. **BRUCE W. BLACK** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   Will County Court Annex, 57 North Ottawa Street, Courtroom 201, Joliet IL 60432

   On: **January 9, 2009**         Time: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $112,597.40 |
   | Disbursements | $101,506.11 |
   | Net Cash Available for Distribution | $11,091.29 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Deborah K. Ebner, Trustee | 0.00 | $8,879.87 | $136.17 |
| Popowcer Katten, Ltd, T*rustee's Accountant* | | $840.00 | |
| Commonwealth Edison, *Other Chapter 7 Administrative Expenses* | $73.46 | NA | 0.00 |
| Law Office of Deborah K. Ebner *Trustee's Attorneys (Trustee Firm)* | 0.00 | $13,647.50 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. Claims of general unsecured creditors totaling $328.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Receivable Management | $250.00 | $250.00 |
| 5 | Star/A & J Disposal | $78.92 | $ 78.92 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **December 8, 2008**           For the Court,

                                      By:  **KENNETH S. GARDNER**
                                           Kenneth S. Gardner
                                           CLERK OF BANKRUPTCY COURT
                                           219 South Dearborn Street, 7th Floor
                                           Chicago, IL  60604

| | |
|---|---|
| Trustee: | Deborah Kanner Ebner |
| | Law Offices of Deborah Kanner Ebner |
| Address: | 11 East Adams Street |
| | Suite 800 |
| | Chicago, IL  60603-0000 |
| Phone No.: | (312) 922-3838 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Dec 08, 2008
Case: 06-02445                Form ID: pdf002              Total Served: 30

The following entities were served by first class mail on Dec 10, 2008.
db           +Charles F Neely,    548 Allen Lane,    University Park, IL 60466-3011
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +Richard L Hutchison,    Hutchinson, Anders & Hickey,    16860 S Oak Park Ave,
               Tinley Park, IL 60477-2025
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10640617     +Aqua Illinois Water Company,    1000 S. Schuyler,    Kankakee, IL 60901-5026
10640618     +Capital Management,    726 Exchange,    Buffalo, NY 14210-1494
10640619      Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
10640620      Citi Financial,    PO Box 70919,    Charlotte. NC 28272-0919
10640622     +Computer Credit Services Corp.,    Acct#397496,    5340 N. Clark,    Chicago, IL 60640-2120
10640623     +Credit Collection Bureau,    P.O. Box 63,    Kankakee, IL 60901-0063
10640616     +Hutchison Anders & Hickey,    16860 S Oak Park Ave,    Tinley Park, IL 60477-2025
10640624      IC Systems,    P.O. Box 64378,    St. Paul, MN  55164-0378
10640625     +Little Company Of Mary Hospital,    2800 W. 95th Street,    Evergreen Park, IL 60805-2795
10640627     +Mutual Hospital Services,    2525 N. Shadeland A., Suite 101,    Indianapolis, IN 46219-8700
10640628      NCO Financial Systems Inc.,    P.O. Bix 41448,    Phillladelphia, PA  19101
10640615     +Neely Charles F,    548 Allen Lane,    University Park, IL 60466-3011
10640629     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10640630     +Payday Loan Store,    Chicago Heights #1,    1515 Western Avenue,    Chicago Heights, IL 60411-3148
10640631     +Phillip Howard,    804 Union Drive,    University Park, IL 60466-3033
10640632     +Receivable Management,    3348 Ridge Road,    Lansing, IL 60438-3112
10640633     +St. James Hospital,    1423 Chicago Road,    Chicago, IL 60642-5231
10640634      St. James Hospital,    4123 Chicago Road,    Chicago Heights, IL  60411
10640635     +Star/A & J Disposal,    20 South Street,    Park Forest, IL 60466-1296
10640636     +Village Of Park Forest,    363 Main Street,    Park Forest, IL 60466-2099
10640637     +Wells Fargo Bank,    c/o McCalla Raymer etal,    1544 Old Alabama Road,    Roswell, GA 30076-2102
10678826     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
               Ft. Mill, SC 29715-7203
10640638      Wells Fargo Home Mortgage,    P.O. Box 10335,    DesMoines, IA  50306-0335

The following entities were served by electronic transmission on Dec 09, 2008.
10640621     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
               Customer Care Center,    P.O. Box 805379,    Chicago, IL 60680-4115
10640626     +E-mail/Text: tjordan@mcscol.com                                      Med Collection Services,
               725 S. Wells Street, Suite 700,    Chicago, IL 60607-4578
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 10, 2008**            **Signature:** _Joseph Speetjens_