IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>NEELY, CHARLES F.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-02445 BB<br><br>HONORABLE BRUCE BLACK |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

_____          _____
DATE                              DEBORAH K. EBNER, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CHARLES F. NEELY | ) | CASE NO. 06 B 02445 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| | ) | |

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period August 6, 2008 through August 8, 2008 in the amount of $840.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

ENTERED
JAN 0 9 2009

_____
U.S. BANKRUPTCY JUDGE
BRUCE W. BLACK BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

" A "

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CHARLES NEELY, | ) | CASE NO. 06-2445 |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK (Joliet) |
| Debtor | ) | |

### Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows:

1. Compensation    $8,879.87
2. Expenses        $136.17

    TOTAL    $9,016.04

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _15th_ day of _January, 2009_

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| Charles F. Neely, | ) | Case No: 06 B 02445 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Law Office of Deborah K. Ebner, Attorneys for the Trustee, for Allowance and Payment of First and Final Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $13,647.50 | Total Costs Requested: | $0.00 |
| Fees Disallowed: | 950.00 | Costs Disallowed: | 0.00 |
| Total Fees Allowed: | $12,697.50 | Total Costs Allowed: | $0.00 |

Total Fees and Costs Allowed:    $12,697.50

**THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART**

**(1)    Insufficient Description**

The Court denies the allowance of compensation for the following task because the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987):

- Draft notice of motion and related                    $  65.00
- w/trustee                                              $  50.00

**(2)    Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(I). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."):

- Appearance at final hearing                           $ 112.50
  (charge also asserted by Trustee in her application)

PAGE 2

**(3) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. See In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

- Attorney rate charges for clerical tasks                              $ 325.00
- Paralegal charges for attorney performing clerical tasks    $ 272.00

**(4) No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

- Correspondence/memos to paralegal          $ 100.00
- Amended motion and related charges          $  50.50
  (no amended motion time-linked to these charges)

**Law Office of Deborah K. Ebner** is hereby awarded an allowance of first and final compensation and expenses as set forth above.

Dated: Jan 14, 2009

Entered:

_____
Bruce W. Black
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CHARLES F. NEELY, | ) | CASE NO. 06-02445 BWB |
| | ) | |
| | ) | JUDGE BRUCE W BLACK |
| Debtor | ) | |

### DISTRIBUTION REPORT

I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 10,764.14 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 328.92 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 11,093.06 |

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $23,577.00 | 45.79%[1] |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Deborah K. Ebner, *Trustee Fees* | 8,879.87 | 4,058.53 |
| | Deborah K. Ebner, Trustee, *Trustee Expenses* | 136.17 | 62.24 |
| | LOIS WEST, *Trustee's Accountant Fees (Other Firm)* | 840.00 | 840.00 |
| ADMIN | Commonwealth Edison, *Miscellaneous Chapter 7 Expense* | 73.46 | 0.00 |
| | Deborah K. Ebner, Esq., *Trustee's Attorneys Fees (Trustee Firm)* | 12,697.50 | 5,803.37 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

---

[1] Trustee and Trustee's attorneys voluntarily agreed to subordinate their claims to the claims of timely filed general unsecured creditors and Trustee's Accountant.

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND% |
|---|---|---|---|

| | | OF CLAIMS | |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $328.92 | 100.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 3 | Receivable Management, *General Unsecured Claim* | 250.00 | 250.00 |
| 5 | Star/A & J Disposal, *General Unsecured Claim* | 78.92 | 78.92 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Phillip Howard<br>804 Union Drive<br>University Park, IL 60466 | $12,026.51 | Withdrawn |
| Secured | 2 | Wells Fargo Bank, N.A.<br>Bankruptcy Department 3476 Stateview Blvd,X7801-014<br>Ft. Mill, SC 29715 | $54,198.85 | Withdrawn |
| Unsecured | 4 | Citi Financial<br>PO Box 70919<br>Charlotte., NC 282720919 | $16,249.96 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: January 15, 2009         /s/Deborah K. Ebner, Trustee
                                DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-02445 BB |
| --- | --- |
| Case Name: | NEELY, CHARLES F. |
| Taxpayer ID #: | 13-7541826 |
| Period Ending: | 03/22/09 |

| Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-******29-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/04/06 | {1} | John Pleta Trust account | | 1110-000 | 3,048.49 | | 3,048.49 |
| | | Peggy Dunbar | | 2500-000 | 112,500.00 | | 3,048.49 |
| | | Citi Financial | First Mortgage | 2500-000 | -17,006.31 | | 3,048.49 |
| | | Wells Fargo | Second Mortgage | 2500-000 | -59,535.66 | | 3,048.49 |
| | | County Recorder | taxes | 2500-000 | -2,419.07 | | 3,048.49 |
| | | Aqua Illinois | Water bill | 2500-000 | -31.67 | | 3,048.49 |
| | | Baird & Warner/Major Enterprise | Real estate commission | 3510-000 | -5,870.00 | | 3,048.49 |
| | | John Pleta | Special Counsel Fees | 3210-600 | -450.00 | | 3,048.49 |
| | | John Pleta | Title Insurance | 2500-000 | -920.00 | | 3,048.49 |
| | | Chicago Title Ins. | Title Insurance fee | 2500-000 | -100.00 | | 3,048.49 |
| | | Chicago Title Ins. Co. | T/I for Escrow of mechanics lien | 2500-000 | -18,039.77 | | 3,048.49 |
| | | County Recorder | Recording and Transfer Taxes | 2500-000 | -218.75 | | 3,048.49 |
| | | David Ring Survey | Survey | 2500-000 | -175.00 | | 3,048.49 |
| | | Guardian Pest | Pest Inspection | 2500-000 | -75.00 | | 3,048.49 |
| | | American Home Shield | Home Warranty | 2500-000 | -405.00 | | 3,048.49 |
| | | Connie Lambert | misc. costs | 2500-000 | -1,018.00 | | 3,048.49 |
| | | Patricia Garvey | Costs | 3520-000 | -138.79 | | 3,048.49 |
| | | Deborah K. Ebner, Trustee | Net proceeds | 2500-000 | -3,048.49 | | 3,050.22 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.73 | | 3,048.49 |
| 10/31/06 | 1001 | Commonwealth Edison | electrical service # 169276014 - 548 Allen Lane University Park 60466 | 2420-000 | | 73.46 | 2,976.76 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.98 | | 2,978.74 |

| | Subtotals: | $3,052.20 | $73.46 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 03/22/2009 09:52 AM V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-02445 BB | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | NEELY, CHARLES F. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7541826 | Account: | ***-*****29-65 - Money Market Account |
| Period Ending: | 03/22/09 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/06 | | Chicago Title | Escrow balance from closing re: M/L issue | | 8,039.77 | | 11,018.51 |
| | | Chicago Title | Monies held in escrow 18,039.77 | | | | 11,018.51 |
| | | Howard | Settlement per order -10,000.00 | | | | 11,018.51 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.24 | | 11,020.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.34 | | 11,028.09 |
| 02/25/07 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #06-02445 | 2300-000 | | 7.86 | 11,020.23 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.49 | | 11,025.72 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.89 | | 11,031.61 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.08 | | 11,037.69 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.09 | | 11,043.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.70 | | 11,049.48 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.29 | | 11,055.77 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.10 | | 11,061.87 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.51 | | 11,067.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.50 | | 11,073.88 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.76 | | 11,079.64 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.64 | | 11,085.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.06 | | 11,090.34 |
| 02/05/08 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-02445 | 2300-000 | | 13.05 | 11,077.29 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.27 | | 11,079.56 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.05 | | 11,081.61 |
| | | | Subtotals : | | $8,123.78 | $20.91 | |

{} Asset reference(s)

Printed: 03/22/2009 09:52 AM V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06-02445 BB  
**Case Name:** NEELY, CHARLES F.  
**Taxpayer ID #:** 13-7541826  
**Period Ending:** 03/22/09  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*\*29-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.54 | | 11,083.15 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 11,084.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.40 | | 11,085.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.40 | | 11,087.33 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 11,088.64 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,090.09 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.20 | | 11,091.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.87 | | 11,092.16 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 11,092.94 |
| 01/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.12 | | 11,093.06 |
| 01/09/09 | | To Account #\*\*\*\*\*\*\*\*2966 | | 9999-000 | | 11,093.06 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 11,187.43 | 11,187.43 | $0.00 |
| Less: Bank Transfers | | 0.00 | 11,093.06 | |
| **Subtotal** | | 11,187.43 | 94.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$11,187.43** | **$94.37** | |

{} Asset reference(s)

Printed: 03/22/2009 09:52 AM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-02445 BB |
|---|---|
| Case Name: | NEELY, CHARLES F. |
| Taxpayer ID #: | 13-7541826 |
| Period Ending: | 03/22/09 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****29-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/09 | | From Account #*********2965 | | 9999-000 | 11,093.06 | | 11,093.06 |
| 01/16/09 | 101 | Receivable Management | | 7100-000 | | 250.00 | 10,843.06 |
| 01/16/09 | 102 | Star/A & J Disposal | | 7100-000 | | 78.92 | 10,764.14 |
| 01/16/09 | 103 | Deborah K. Ebner, Trustee | | 2200-000 | | 62.24 | 10,701.90 |
| 01/16/09 | 104 | LOIS WEST | | 3410-000 | | 840.00 | 9,861.90 |
| 01/16/09 | 105 | Deborah K. Ebner | | 2100-000 | | 4,058.53 | 5,803.37 |
| 01/16/09 | 106 | Deborah K. Ebner, Esq. | Ref # EBNER LAW | 3110-000 | | 5,803.37 | 0.00 |

| ACCOUNT TOTALS | | 11,093.06 | 11,093.06 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 11,093.06 | 0.00 | |
| Subtotal | | 0.00 | 11,093.06 | |
| | Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $11,093.06 | |

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 06-02445 BB |
| --- | --- |
| Case Name: | NEELY, CHARLES F. |
| Taxpayer ID #: | 13-7541826 |
| Period Ending: | 03/22/09 |

| | | |
| --- | --- | --- |
| Trustee: | DEBORAH K. EBNER (330480) | |
| Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| Account: | ***-*****29-66 - Checking Account | |
| Blanket Bond: | $5,000,000.00 (per case limit) | |
| Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Net Receipts $ | Net Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | $11,187.43 | $11,187.43 | $0.00 |
| MMA # ***-*****29-65 | 11,187.43 | 94.37 | 0.00 |
| Checking # ***-*****29-66 | 0.00 | 11,093.06 | 0.00 |